IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) TRUDY PATTERSON,            )
                                )
        Plaintiff,              )
                                )
vs.                             )   Case No.  CIV-16-0862-HE
                                )
(1) CITY OF YUKON, OKLAHOMA,    )
A MUNICIPAL CORPORATION         )
ex rel. Yukon Police Department,)
                                )
        Defendant.              )

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties jointly stipulate that the above-styled case should be dismissed with prejudice.  Each party is to bear their respective costs and fees.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN  & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone:  (405) 524-2070
Facsimile:   (405) 524-2078
E-mail: acg@czwlaw.com

Michael D. Segler
501 West main Street
Yukon, OK 73099
Email: msyukonlaw@swbell.net

ATTORNEYS FOR DEFENDANT CITY OF YUKON, OKLAHOMA, A MUNICIPAL CORPORATION, EX REL. YUKON POLICE DEPARTMENT

        s/ Jeff A. Taylor
***(Signed with permission of Jeff A. Taylor)***
Jeff A. Taylor, OBA No. 17210
The Offices at Deep Fork Creek
5613 N. Classen Blvd.
Oklahoma City, OK 73118
Telephone: (405) 286-1600
Facsimile: (405) 842-6132
Email: taylorjeff@me.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jeff A. Taylor - via electronic mail at: taylorjeff@me.com
The Offices at Deep Fork Creek
5613 N. Classen Blvd.
Oklahoma City, OK 73118
***Attorney for Plaintiff***

        s/ Ambre C. Gooch
        Ambre C. Gooch